UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cr-29-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LABARON FREEMAN,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 2).

The Court ordered the Government to respond to the motion. The Government does not oppose the motion, noting in its response that it has consulted with Defendant's probation officer regarding Defendant's performance. Defendant's probation officer reports that Defendant has completed approximately six years of his court-ordered ten years of supervised release. He has been fully compliant with his terms of release thus far. He is employed full-time, communicates regularly with his probation officer, and has passed all his drug screens. He maintains a stable home and family. His probation officer does not object to early termination of supervised release.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Early Termination of Probation/Supervised Release, (Doc. No. 2), is **GRANTED**.

Signed: May 6, 2022

Max O. Cogburn Jr.
United States District Judge